```
DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA  95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
ROSELYN HENSLEY


ROGERS JOSEPH O'DONNELL
KATHERINE POHL, SBN 288288
311 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 365-5340
Facsimile (415) 956-6457
Email. kpohl@rjo.com

Attorney for Defendants:
DENNY'S INVESTORS LP,
VISION F. S., INC.
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROSELYN HENSLEY,<br><br>           PLAINTIFF,<br><br>     v.<br><br>AMG HOLDINGS INC., DENNY'S INVESTORS LODI LP, VISION F S E INC., and DOES 1-10, inclusive,<br><br>           DEFENDANTS. | Case No.:  2:14-cv-00349-MCE-AC<br><br>**ORDER GRANTING STIPULATED DISMISSAL**<br><br>[Fed. R. Civ. P. 41] |

ORDER GRANTING DISMISSAL

1

1
2
3
4   **IT IS HEREBY ORDERED**, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT